# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>v.<br><br>$9,016,830 Seized from First Internet Bank Account ending in 4629, et al.,<br><br>              Defendants. | **DEFAULT JUDGMENT AGAINST PUTATIVE CLAIMANTS**<br><br>Case No. 2:22-cv-00070-TS<br><br>Judge Ted Stewart |

       This matter is before the Court on a Motion for Default Judgment by the United States, requesting that default judgment be entered against all putative claimants for failure to plead, file a claim or answer, or otherwise defend in this action. The United States does not seek default or default judgment against Allison Baver Entertainment, LLC ("ABE"). The United States seeks default judgment against all other putative claimants. Having considered the United States argument and record in this matter, the Court finds that:

1. Process was duly issued in this case and served upon all known interested parties.

2. Public Notice of the Complaint for Forfeiture *In Rem* appeared on the government website www.forfeiture.gov for a period of 30 consecutive days.

3. No persons, entities, or parties, other than ABE, has filed a claim, answer, responsive pleading, or otherwise made an appearance in this matter.

4. An entry of Default was entered by the Clerk of Court against all putative claimants, to exclude ABE, as to the Defendant Properties at issue in this matter.

Based on the above findings, and the Court being otherwise fully advised in the matter, and good cause appearing, it is hereby

**ORDERED, ADJUDGED AND DECREED** that Default Judgment is entered against all putative claimants, including all persons, entities, or any other potential putative claimant, but excluding ABE, as to the Defendant Properties that are the subject of this matter.

Dated this 14th day of February, 2023.

BY THE COURT:

_____
The Honorable Ted Stewart
United States District Judge